**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


**CHANDRASHEKHAR LAKSHMAN**                                        **PLAINTIFF**

**vs.**                                              **Civil Action No. 3:05-cv-151 HTW-JCS**

**RONALD MASON, JR., Individually,
and JACKSON STATE UNIVERSITY**                           **DEFENDANTS**


**FINAL JUDGMENT**

Before this court is the motion of the defendants to dismiss this lawsuit or, in the alternative, for summary judgment.  After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendants is well taken and should be granted.  The Memorandum Opinion and Order entered by this court on September 30, 2006, is incorporated by reference.  For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the defendants and against the plaintiff and that the defendants should be awarded their costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiffs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 30th day of September, 2006.**

**s/ HENRY T. WINGATE**

_____

**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:05-cv-151 HTW-JCS
Final Judgment

2